Louis J. Borowsky, appellee, v. Lloyd O. Gilbert, appellant. Gen. No. 40,424.

Opinion filed April 24, 1939. Rehearing denied May 8, 1939.
Harry J. Guyon and Eli B. Huron, for appellant; John T. Murray, of counsel. Harold A. Fein, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.

Presley L. Neville, appellee, v. R. B. Sawyer, appellant. Gen. No. 40,465.
John Croft, appellee, v. R. B. Sawyer, appellant. Gen. No. 40,466.
John W. Dobbins, appellee, v. R. B. Sawyer, appellant. Gen. No. 40,467.

Opinion filed April 24, 1939. Rehearing denied May 8, 1939 for Gen. No. 40,465.
William R. Wiley and Cassell Patton, for appellant. Hugo J. Thal, for appellees.
Mr. Presiding Justice McSurely delivered the opinion of the court.

People of the State of Illinois, petitioner, v. James Farley, respondent. Gen. No. 40,627.

Opinion filed April 24, 1939.
No appearance for respondent. Thomas J. Courtney, State's Attorney, for petitioner; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel.
Mr. Presiding Justice McSurely delivered the opinion of the court.